Argued June 16, appeal dismissed June 16, 1976

STATE OF OREGON, *Respondent,*
*v.*
JIMMY RAY RUSSELL, *Appellant.*
(Nos. 47055 and 47056, CA 5913)

550 P2d 1256

*Robert C. Cannon,* Salem, argued the cause for appellant.

*Thomas H. Denney,* Assistant Attorney General, argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Appeal dismissed. ORS 138.050.